IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARNELL WESLEY MOON,

        Petitioner,                        ORDER

    v.                                        09-cv-381-slc

CAROL HOLINKA, MARION FEATHER,
MARK KIRBY, THEODORE EDGECOMB, JR.,
PHILLIP SHANKS, C. MONTONNA,
VICKIE BARTZ, J. HELMIN and
LIUETENANT TERRY,

        Respondents.

---

In an order entered in this case on June 22, 2009, I denied petitioner's request for leave to proceed *in forma pauperis* in this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, because he does not qualify financially for indigent status. I gave petitioner until July 13, 2009, in which to submit a check or money order made payable to the clerk of court in the amount of $5 to cover the fee for filing his petition. On June 29, 2009, petitioner filed a motion for reconsideration of this court's decision to require him to pay the $5 filing fee, dkt. #5. In addition, on July 6, 2009, petitioner submitted a motion for a 30-day enlargement of time in which to make the payment, dkt. #6, and a motion to add respondents, dkt. #7.

In his motion for reconsideration, petitioner asks the court to reconsider its ruling that he does not qualify for indigent status on the ground that he currently has a zero balance in his prison account. (My review of the trust fund account statement petitioner submitted with his petition shows that he did not carry a balance in his account for approximately the one-month

period preceding the filing of his petition.  However, petitioner has not submitted an updated copy of his account statement showing that he currently has a zero balance, as he alleges.)  Alternatively, petitioner asks for a 30-day enlargement of time to pay the $5 filing fee because he "expects some monies to be applied to his account."  Because it is possible petitioner will be able to make the $5 payment with an extension of the deadline, I am willing to allow him an additional 21 days time to pay the $5 filing fee.  If, by August 3, 2009, petitioner is unable to make the $5 payment, he may renew his motion for reconsideration of this court's decision to deny his request for leave to proceed *in forma pauperis*.  Petitioner should be sure to support the renewed motion with an updated copy of his trust fund account statement.

As a final note, petitioner's motion to add respondents, dkt. #7, will be stayed pending a decision whether an order should issue directing respondents to show cause why the petition for a writ of habeas corpus should not be granted.

ORDER

IT IS ORDERED that petitioner's motion for reconsideration of the June 22, 2009 order denying his request for leave to proceed *in forma pauperis*, dkt. #5, is DENIED.

Further, IT IS ORDERED that petitioner may have an enlargement of time to August 3, 2009, in which to submit a check or money order made payable to the clerk of court in the amount of $5 to cover the fee for filing his petition.  If, by August 3, 2009, petitioner is unable to make the $5 payment, then he may renew his motion for reconsideration of the this court's

decision to require him to pay the $5 filing fee.

Entered this 8th day of July, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge