IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                                                                            ORDER

                Petitioner,

                                                      09-cv-381-slc

      v.

CAROL HOLINKA, MARION FEATHER,
MARK KIRBY, THEODORE EDGECOMB, JR.,
PHILLIP SHANKS, C. MONTONNA,
VICKIE BARTZ, J. HELMIN and
LIUETENANT TERRY,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner has filed a renewed motion for reconsideration of this court's order of June 22, 2009, denying his request for leave to proceed in forma pauperis and requiring him to pay the $5 fee for filing this habeas corpus action. In support of his current motion, petitioner has supplied the court with an updated copy of his trust fund account statement covering the most recent six-month period. From this statement, I find that petitioner qualifies financially for indigent status. Petitioner's motion for reconsideration will be granted.

ORDER

IT IS ORDERED that petitioner's motion for reconsideration, dkt. #9, is GRANTED.

Petitioner's petition for a writ of habeas corpus is taken under advisement for a decision whether an order should issue directing respondents to show cause why the petition should not be granted. The parties will be notified as soon as a decision is reached.

Entered this 11th day of August, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge