IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                    Petitioner,

    v.

CAROL HOLINKA, MARION FEATHER,
MARK KIRBY, THEODORE EDGECOMB, JR.,
PHILLIP SHANKS, C. MONTONNA,
VICKIE BARTZ, J. HELMIN and
LIUETENANT TERRY,

                  Respondents.

ORDER

09-cv-381-slc[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                    Petitioner,

    v.

CAROL HOLINKA; MARION FEATHER;
MARK KIRBY; PHILLIP SHANKS;
C. MONTONNA; VICKIE BORTZ;
VINCENT SHAW; THEODORE EDGECOMB JR.;

ORDER

09-cv-524-slc

---

[1] While this court has a judicial vacancy, it is assigning 50% of its caseload automatically to Magistrate Judge Stephen Crocker. For the purpose of issuing this order only, I am assuming jurisdiction over these cases.

1

BECKY PEASE; N. FIELDS and
RANDY WILLIAMS;

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                Petitioner,

    v.

CAROL HOLINKA; MARION FEATHER;
B. TRATE; J. MARTEN; N. FIELDS and
VICKIE BORTZ,

                Respondents.

ORDER

09-cv-525-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                Plaintiff,

    v.

CAROL HOLINKA; MARION FEATHER;
MARK KIRBY; BILL L. JONES, Chaplain;
N. FIELDS; J. MARTEN; PHILLIP SHANKS;
THEODORE EDGECOMB JR.; B. TRATE
and M. RAMSDEN;

                Defendants.

ORDER

09-cv-526-slc

2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARNELL WESLEY MOON,

                      Plaintiff,

    v.

LAWRENCE G. REBMAN, Director of Missouri
Division of Employment Security, individually and in
his official capacity,

                      Defendant.

ORDER

09-cv-539-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Darnell Wesley Moon filed the five actions captioned above, but has now notified the court that he would like to dismiss all of them. Because answers have not been filed in any of these actions, plaintiff does not need to obtain leave of court before dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i); see also Szabo Food Service, Inc. v. Canteen Corp., 823 F.2d 1073, 1078 (7th Cir. 1987) (Rule 41(a) "dismissal terminates the case all by itself"). Therefore, plaintiff is free to dismiss these cases voluntarily, without prejudice to his refiling them at a later date.

ORDER

Darnell Wesley Moon's notice of voluntary dismissal of these actions is ACCEPTED and these cases are DISMISSED without prejudice to his filing new lawsuits at a future

3

time. The clerk of court is directed to close all five cases.

Entered this 14th day of September, 2009.

                              BY THE COURT:

                              /s/

                         _____
                         BARBARA B. CRABB
                         District Judge